

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

MORGAN C. MCKINNEY
*Senior Counsel*
Phone: (212) 356-2012
Fax: (212) 356-3509
Email: mmckinne@law.nyc.gov

August 25, 2022

BY ECF
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Patricia Delfin v. City of New York, et al.,
21-CV-04770 (ARR)(RML)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants the City of New York, Dermot Shea, and Terence Monahan in the above-referenced matter. I write on behalf of the parties to inform the Court that the parties have reached a settlement in principle. In that regard, the parties will exchange settlement documents and submit the necessary paperwork as soon as is practicable including filing a stipulation of discontinuance. Consequently, the parties also respectfully request for the cancelation of all pending discovery deadlines, including the anticipated September 12, 2022 status conference. (See Civil Docket, Court Order dated August 22, 2022).

Respectfully submitted,

*Morgan C. McKinney*

Morgan C. McKinney, Esq.
Senior Counsel
Special Federal Litigation Division

cc: VIA ECF
Nicole Bellina, Esq.
*Attorney for Plaintiff*