UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PATRICIA DELFIN,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, MAYOR BILL de BLASIO;
NYPD COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, JOHN DOE
POLICE OFFICERS #1-10,

                                  Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-04770 (ARR)(RML)

        **WHEREAS**, the defendants City of New York, Dermot Shea, and Terence Monahan,[1] and plaintiff Patricia Delfin have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Upon information and belief, and according to the Civil Docket Sheet, former "Mayor Bill de Blasio" has not been served with process and as such is not a defendant in this action.

Dated: New York, New York
    September 8, 2022

| | |
|---|---|
| NICOLE BELLINA<br>*Attorney for Plaintiff Delfin*<br>Stoll, Glickman & Bellina, LLP<br>5030 Broadway, Suite 652<br>New York, New York 10034<br>718-852-3710<br><br>By: _____<br>    Nicole Bellina, Esq.<br>    *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>   *Shea and Monahan*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Morgan C. McKinney, Esq.<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022

2