UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICIA DELFIN,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, MAYOR BILL de BLASIO;
NYPD COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, JOHN DOE
POLICE OFFICERS #1-10,

                                                  Defendants.
------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

21-CV-04770 (ARR)(RML)

       **WHEREAS**, the defendants City of New York, Dermot Shea, and Terence Monahan,[1] and plaintiff Patricia Delfin have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Upon information and belief, and according to the Civil Docket Sheet, former "Mayor Bill de Blasio" has not been served with process and as such is not a defendant in this action.

Dated: New York, New York
September 8, 2022

NICOLE BELLINA
*Attorney for Plaintiff Delfin*
Stoll, Glickman & Bellina, LLP
5030 Broadway, Suite 652
New York, New York 10034
718-852-3710

By: _____
Nicole Bellina, Esq.
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,
Shea and Monahan*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Morgan C. McKinney, Esq.
*Senior Counsel*

SO ORDERED:

/s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 9/9/22, 2022

2